United States District Court
Southern District of Texas

**ENTERED**

May 15, 2026

Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION**

| | | |
|---|---|---|
| **MANOJ DADWHAL,** | § | |
| Petitioner, | § | |
| | § | |
| | § | |
| v. | § | Civil Action No. **1:26-cv-341** |
| | § | |
| **JOSE GARCIA LONGORIA JR., in** | § | |
| **his official capacity, Warden of Port** | § | |
| **Isabel Detention Facility,** *et al.* | § | |
| Respondents. | § | |

## ORDER

Before the Court is Petitioner Manoj Dadwhal's "Petition for Writ of Habeas Corpus Under 28 U.S.C. § 2241" ("§ 2241 Petition"); Dadwhal lists various respondents (hereinafter, the "Government). Dkt. No. 1 at 1. Dadwhal, a citizen of India, claims that his re-detention violates the Fifth Amendment's Due Process Clause and the Administrative Procedure Act. Dkt. No. 1 at 4, 22–29.

On February 25, 2026, the Court issued its decision in *Alvarez-Rico v. Noem et al.*, No. 4:26-cv-00729, 2026 WL 522322 (S.D. Tex. Feb. 25, 2026) (J. Ellison), which held that the Government's "re-detention of [the petitioner] without a pre-detention showing (or even allegation) of a change in his circumstances violated [the petitioner's] procedural due process rights." *Alvarez v. Noem et al.*, No. 4:26-cv-00729, 2026 WL 5222322, at \*6 (S.D. Tex. Feb. 25, 2026) (J. Ellison). In light of the Court's *Alvarez-Rico* decision, it does not plainly appear from Dadwhal's § 2241 Petition that he is not entitled to the requested relief. Dadwhal's allegations, taken together, suffice to raise genuine questions as to whether his continued detention violates federal law and the United States Constitution. Therefore, the Court must "forthwith award the writ [of habeas corpus] or issue an order

directing the respondent to show cause why the writ should not be granted." 28 U.S.C. § 2243. "The writ, or order to show cause shall be directed to the person having custody of the person detained," and must be returned within three days unless good cause exists to require additional time, not to exceed twenty days. *Id.*

The Government is **ORDERED** to file a response to Dadwhal's § 2241 Petition on or before **May 29, 2026**. If Dadwhal wishes to file a reply to the Government's response, he must do so within **7 days** of receiving the Government's response.

**SO ORDERED**.

**SIGNED** on this **15th** day of **May, 2026**, at Brownsville, Texas.

_____

**Ignacio Torteya, III**
**United States Magistrate Judge**